Brian E. Bisol (State Bar No. 180672)
THE BISOL FIRM, APC
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Telephone    (949) 769-3680
Facsimile:    (949) 263-0005
E-Mail:       bbisol@bisolfirm.com

Attorneys for MEGAComfort, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGACOMFORT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>IMPACTO PROTECTIVE PRODUCTS, INC., a Canadian corporation,<br><br>        Defendant. | Case No.:   SACV 13 - 00952 JST (AJWx)<br><br>MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF:<br><br>(1) Trademark Infringement / False Designation of Origin / Passing-Off / Reverse Passing-Off / Unfair Competition under § 43(A) of The Lanham Act (15 U.S.C. § 1125(a));<br>(2) Trademark Dilution under § 43(A) of The Lanham Act (15 U.S.C. § 1125(c));<br>(3) Trade Dress Counterfeiting and Infringement (15 U.S.C. §§ 1114(1), 1125(a));<br>(4) Breach of Oral Contract;<br>(5) Common Law Trade Dress Infringement / Passing-Off / Reverse Passing-Off;<br>(6) Trademark Infringement under California Law (Cal. Bus. & Prof. Code § 14320);<br>(7) Trademark Dilution under California Law (Cal. Bus. & Prof. Code § 14330, *et seq.*); and,<br>(8) Violation of the California Unfair Business Practice Act (Cal. Bus. & Prof. Code § 17200, *et seq.*).<br><br>[JURY TRIAL DEMANDED] |

1

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

For claims for relief against defendant Impacto Protective Products, Inc., a Canadian corporation, plaintiff MEGAComfort, Inc., a Delaware corporation, alleges as follows:

## I. GENERAL ALLEGATIONS

### A. Parties

#### a. Plaintiff MEGAComfort, Inc.

1. Plaintiff MEGAComfort, Inc. ("MEGAComfort" or "Plaintiff") is, and at all relevant times herein was, a corporation, organized and existing under the laws of the State of Delaware and registered to do business in the State of California, with its principal place of business within the Central District of California, located in Orange County, California.

#### b. Defendant Impacto Protective Products, Inc.

2. MEGAComfort is informed and believes that defendant Impacto Protective Products, Inc. ("Impacto" or "Defendant") is, and at all relevant times herein was, a corporation, organized and existing under the laws of Canada, that conducts business within the United States, including within the Central District of California.

3. MEGAComfort is informed and believes that Impacto advertises, offers to sell and sells personal protective equipment to national and independent retailers and distributors throughout the United States, including within the State of California and the Central District of California.

4. MEGAComfort is informed and believes that Impacto employs a Regional Sales Manager, Dave Svoboda, in the State of California, that conducts business within the Central District of California.

5. MEGAComfort is informed and believes that Impacto employs a Manufacturer's Representative, Clark & Associates, in the State of California, that conducts business within the Central District of California.

////

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

2

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## II. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over all Federal Claims for Relief set forth herein based upon 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338(a) and 1338(b), and supplemental jurisdiction over all state causes of action under 28 U.S.C. § 1367.

7. This Court has personal jurisdiction over Impacto by virtue of, *inter alia,* Impacto's regular and continuous transaction of business, including the tortious and contractual actions complained of herein, within the State of California and the Central District of California.

8. Venue is proper in the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1391(b) and (c).

## III. FACTUAL BACKGROUND

### A. MEGAComfort, Inc.'s Business and Intellectual Property

9. MEGAComfort is a leading edge company that offers a complete range of ergonomic anti-fatigue insoles and orthotics that are the result of over ten (10) years of research and development.

10. MEGAComfort's insoles and orthotics were designed by a Doctor of Podiatric Medicine and have been clinically proven to reduce muscle fatigue as well as reducing pain and increasing comfort in multiple clinical and field tests.

11. MEGAComfort is the owner of MEGACOMFORT, U.S. Trademark Reg. Nos. 3135701 and 3366771.

12. MEGAComfort is the owner of two word and design marks, U.S. Trademark Reg. Nos. 3366771 and 3210519 for the following:



13. MEGAComfort has, for more than four (4) years, utilized a slightly modified version of U.S. Trademark Reg. Nos. 3366771 and 3210519 in interstate commerce, which merely eliminated the image of the foot and repositioned the wavy bands, U.S. Trademark Application No. 85967494 (collectively, with U.S. Trademark Reg. Nos. 3366771 and 3210519, referred to herein as the "Design Marks"):



14. MEGAComfort has, for more than ten (10) years, utilized and claimed as its mark, "Personal Anti-Fatigue Mat" or "PAM," to market, sell and distribute insoles within the United States. U.S. Trademark Application Nos. 85967510 and 85967513, respectfully.

15. MEGAComfort has, for more than four (4) years, utilized and claimed as its mark, "Anti-Fatigue Matting in Your Boots," to market, sell and distribute its insoles within the United States. (U.S. Trademark Reg. Nos. 3135701, 3210519, 3366771 and U.S. Trademark Application Nos. 85967494, 85967510 and 85967513 are collectively referred to herein as the "MEGAComfort Marks.")

16. The insole industry does not refer to insoles as "anti-fatigue mats." MEGAComfort's use of "Personal Anti-Fatigue Mat" and "PAM" to describe its insoles is unique within the industry and has developed secondary meaning identifying MEGAComfort as the source of the goods.

17. To further its distinctive use, and to identify the source of its goods, MEGAComfort adopted the use of product numbers that incorporate its PAM mark as a prefix. For example, a product with the prefix "PAMM1011" identifies the product as a PAM (Personal Anti-Fatigue Mat), in Men's sizes ten (10) and eleven (11). Similarly, a "PAMESDM1011" identifies the product as the PAM ESD (Personal Anti-Fatigue Mat, with Electro-Static Dissipation ("ESD") properties), in Men's sizes

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

ten (10) and (11).

### B. MEGAComfort, Inc.'s Trade Dress

18. MEGAComfort's insoles are distinctive within the industry. Its trade dress (the "MEGAComfort Trade Dress") includes, but is not limited to, the following:

    a. MEGAComfort utilizes a yellow sole. In fact, many customers identify MEGAComfort's products by its color and refer to it as the "Yellow Insole";

    b. The bottom of MEGAComfort's insoles utilize a distinct and unique radiating circle pattern in the heel area, semi-circles in the arch area and "sunburst ray" lines in the forefoot;

    c. MEGAComfort's ESD products utilize two ESD threads in a parallel zig zag stitching pattern in the forefront of the insole;

    d. MEGAComfort prominently features its trademark logo, with a prominent and capitalized "MEGA" on the bottom of the insole. In fact, many customers also identify MEGAComfort's products as the "MEGA Insole";

    e. MEGAComfort utilizes unique references, identifying and marketing insole products with the tagline "Anti-Fatigue Matting in Your Boots"; and,

    f. MEGAComfort utilizes PAM product codes.

19. The following images are representative of MEGAComfort's product and its product packaging:



5

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### C. The Oral Wholesale Agreement

20. In or about December 2008, MEGAComfort and Impacto entered into an oral agreement whereby MEGAComfort agreed to allow Impacto, on a non-exclusive basis, to market, sell and distribute MEGAComfort's product to distributors in the United States (the "Wholesale Agreement").

21. Pursuant to the terms of the Wholesale Agreement, Impacto had a license to utilize the MEGAComfort Marks and the MEGAComfort Trade Dress, along with MEGAComfort's product images, marketing materials and descriptions in connection with the sale of MEGAComfort's product.

22. The Wholesale Agreement would be performed in the Central District of California, with Impacto placing orders with MEGAComfort's principal place of business in the Orange County, California. Thereafter, said orders placed by Impacto would be shipped from MEGAComfort's warehouse at its principal place of business in Orange County, California. Further, Impacto would be invoiced for its orders placed from MEGAComfort's principal place of business in Orange County, California.

23. In accordance with the Wholesale Agreement, Impacto marketed, sold and distributed MEGAComfort's product throughout the United States, and within the Central District of California, from in or about December 2008 through December 31, 2012.

### D. Cancellation of the Wholesale Agreement

24. In or about April 2012, MEGAComfort informed Impacto that it was canceling the Wholesale Agreement and that, as of December 31, 2012, Impacto would no longer be authorized to advertise, offer to sell, sell or distribute MEGAComfort product. Accordingly, Impacto's license to utilize the MEGAComfort Marks and the MEGAComfort Trade Dress, along with MEGAComfort's product images, marketing materials and descriptions also terminated as of December 31, 2012.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

6

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

25. In or about August 2012, MEGAComfort agreed to satisfy what was represented as the "last" purchase order by Impacto for MEGAComfort product (the "August 2012 Purchase Order"). MEGAComfort agreed to the August 2012 Purchase Order based upon Impacto's assurance that it would inform their distributors that Impacto would no longer be supplying MEGAComfort product after December 31, 2012. In essence, it was represented by Impacto that the August 2012 Purchase Order would provide Impacto enough MEGAComfort product to supply current in-house orders of Impacto's distributors and give Impacto's distributors enough time to transition out of selling MEGAComfort product.

26. In or about October 2012, Impacto contacted MEGAComfort to request that it be allowed to purchase MEGAComfort product one final time prior to the December 31, 2012 termination date of the Wholesale Agreement (the "October 2012 Purchase Order"). MEGAComfort agreed to the October 2012 Purchase Order, but made clear its decision was final with respect to the December 31, 2012 termination date of the Wholesale Agreement.

E. **Impacto Protective Products, Inc.'s "MEGA Memory" Knock-Off Product**

27. Faced with no longer being able to sell MEGAComfort's popular, recognized and respected product, Impacto commenced to manufacture, market and sell imitation, counterfeit "knock-offs" of MEGAComfort's recognizable and trademarked goods.

28. MEGAComfort is informed and believes that commencing in or about May 2012, and unbeknown to MEGAComfort at the time, Impacto began marketing what it called "new" "MEGA Memory" insoles on its website, located at www.impacto.ca.

29. Impacto's MEGA Memory insoles look virtually identical to MEGAComfort's insole product, copying – not only the predominant "MEGA" in the name of the product – but also the color and design of the sole:

| MEGAComfort | MEGA Memory |
|---|---|

30. Impacto also adopted and implemented a logo, branded on the bottom of its insoles that is confusingly similar to MEGAComfort's Design Marks:




31. Impacto infringed MEGAComfort's Trade Dress by adopting nearly every unique aspect of MEGAComfort's product that differentiated MEGAComfort's goods and were used by the consuming public to identify MEGAComfort's goods:

    a. Impacto adopted and utilizes a confusingly similar mark that utilizes the predominant word within the MEGAComfort Marks, i.e., "MEGA";

    b. Impacto adopted and utilizes a design logo that is confusingly similar to MEGAComfort's Design Marks;

    c. Impacto adopted and utilizes MEGAComfort's trademark PAM product numbers;

    d. Impacto adopted and utilizes confusingly similar images and descriptions on its packaging, marketing materials and website;

    e. Impacto adopted and utilizes a yellow sole that is identical or

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

confusingly similar in color to that used by MEGAComfort;

f. Impacto adopted and utilizes a design for the bottom of its insole that is identical or confusingly similar to MEGAComfort's radiating circle pattern in the heel area, semi-circles in the arch area and "sunburst ray" lines in the forefoot; and,

g. Impacto adopted and utilizes a thread design anti-static threads on electrostatic insoles that is identical or confusingly similar to that used by MEGAComfort.

32. MEGAComfort is informed and believes that Impacto's MEGA Memory insole product is of inferior quality to MEGAComfort's insole product.

E. **Impacto Protective Products, Inc. and Its Wrongful Conduct**

33. MEGAComfort is informed and believes that Impacto has sold, and will continue to sell its infringing MEGA Memory insoles throughout the United States, including in the State of California and the Central District of California.

34. In fact, in or about June 2013, MEGAComfort is informed and believes that Impacto sold and delivered infringing MEGA Memory product in the State of California, within the Central District of California (the "June 2013 Distribution").

35. MEGAComfort is informed and believes that the June 2013 Distribution was made in response to an order for MEGAComfort's PAM insoles.

36. MEGAComfort is informed and believes that instead of delivering MEGAComfort's insoles as part of the June 2013 Distribution, Impacto instead delivered:

a. Impacto's MEGA Memory insoles, packaged in Impacto's MEGA Memory packaging; and,

b. MEGAComfort's insoles, but remarkably also packaged in Impacto's MEGA Memory packaging.

////
////

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

9

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## FIRST CLAIM FOR RELIEF

**(Trademark Infringement / False Designation of Origin / Passing-Off / Reverse Passing-Off /Unfair Competition under § 43(A) of The Lanham Act (15 U.S.C. § 1125(a)).)**

**(Plaintiff against Impacto Protective Products, Inc.)**

37. MEGAComfort realleges and incorporates by reference the allegations of paragraphs 1 through 36, as if fully set forth herein.

38. MEGAComfort is the sole and exclusive owner of the MEGAComfort Marks.

39. As a result of the continuous, widespread and extensive use of the MEGAComfort Marks by MEGAComfort, together with the substantial and ongoing investment of resources in the marketing, promotion and sales activities of the MEGAComfort Marks, the MEGAComfort Marks are exceedingly strong and have engendered significant goodwill and a favorable reputation and renown throughout the United States and the World.

40. The trade and relevant members of the public associate and identify the MEGAComfort Marks with MEGAComfort's goods.

41. MEGAComfort has cultivated goodwill in the MEGAComfort Marks and product bearing the MEGAComfort Marks.

42. Impacto's manufacture, production, distribution, advertisement, sale, offer for sale and/or other use of one or more of the MEGAComfort Marks, or confusingly similar marks, constitute false designation of origin or sponsorship of said goods, misrepresent the source of goods and inappropriately suggests that said goods have been sponsored, approved or licensed by MEGAComfort.

43. Impacto's unauthorized and unlicensed use of a confusingly similar mark, MEGA Memory, is likely to cause confusion, mistake or deception as to the source origin or approval of Impacto's product, and also constitutes false designations of origin, passing-off and unfair competition in violation of Section 43(a) of the

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

10

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Lanham Act, 15 U.S.C. § 1125(a).

44. Impacto's knowing, willful and wrongful conduct of selling MEGAComfort's goods packaged in Impacto's MEGA Memory packaging constitutes reverse passing-off in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

45. Impacto's activities are intended to deceive, and are likely to lead members of the public to conclude, incorrectly, that Impacto's MEGA Memory product is licensed, authenticated and/or endorsed by MEGAComfort, to the damage and harm of MEGAComfort and the public.

46. MEGAComfort is informed and believes that Impacto has acted knowingly, willfully and with malice in intentionally attempting to confuse the public as to the source of the products they offer for sale under the MEGA Memory mark.

47. As a result of each Impacto's actions, MEGAComfort has suffered irreparable injury to MEGAComfort's business, reputation and goodwill in addition to damages, including lost profits and loss of reasonable royalties.

48. Impacto will, if not preliminary and permanently enjoined by the Court, continue its acts of infringement, thereby deceiving the public, trading on the goodwill established in MEGAComfort's MEGAComfort Marks, and causing MEGAComfort immediate and irreparable harm, damage and injury for which MEGAComfort has no adequate remedy at law.  Accordingly, MEGAComfort is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116(a), and to an order under 15 U.S.C. § 1118 directing the impoundment of all infringing product.  MEGAComfort is also entitled to the cost of corrective advertising.

49. Impacto's unlawful and willful conduct renders this case an exceptional case, and therefore MEGAComfort is entitled to recover reasonable attorney's fees pursuant to 15 U.S.C. § 1117(a).

////

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

11

MEGACOMFORT, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF